**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN E., | : | Case No. 2:26-cv-00084 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

This matter comes before the Court on the joint stipulation by the parties to reverse the Commissioner's decision and remand the matter to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) ("Sentence Four"). (*See* Doc. No. 8.) Specifically, the parties state that they "agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits with the ALJ's consideration of the opinion evidence." (*Id.* at PageID 1597.)

In *Follen v. Commissioner of Social Security*, the Sixth Circuit held that when granting a remand under Sentence Four of 42 U.S.C. § 405(g), the district court must "identify[] a merits defect in the ALJ's analysis" and "explain its reasoning in reference to the statute, the ALJ's decision, and any evidentiary defects it might see in the record." 167 F.4th 352, 358 (6th Cir. 2026). Upon review of the ALJ's decision and the

administrative record—and without having the benefit of the parties' full briefing on the merits—the Court agrees that the Commissioner's decision should be reversed and remanded for the reason identified by the parties.

Accordingly, for good cause shown, the Court **GRANTS** the parties' Joint Stipulation, **REVERSES** the Commissioner's decision, and **REMANDS** the matter to the Commissioner pursuant to Sentence Four. Upon remand, the Appeals Council shall instruct the Administrative Law Judge to further develop the record, reconsider the medical opinion evidence pursuant to 20 C.F.R. §§ 404.1520c and 416.920c, offer Plaintiff an additional hearing, take any further action necessary to complete the administrative record, and issue a new decision.

The Court **DIRECTS** the Clerk to enter judgment and to **TERMINATE** this case on its docket.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

2